1 | David J Adamski, (020334)
GARY L. BETHUNE & ASSOCIATES, P.C.
2 | 14435 North 7th Street, Suite 201
Phoenix, AZ 85022
3 | (800) 783-5402
dadamski@bethunelaw.com

Thomas P. Riley, SBN 194706
5 | LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
6 | 1114 Fremont Avenue
South Pasadena, CA 91030-3227
7 | Tel: 626-799-9797
Fax: 626-799-9795
8 | TPRLAW@att.net

9 | Attorneys for Plaintiff
Joe Hand Promotions, Inc.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| Joe Hand Promotions, Inc. | No. 2:12-cv-01658-FJM |
|---|---|
| Plaintiff, vs. | **NOTICE OF ASSOCIATION OF COUNSEL** |
| Nadir Soofi and Cleopatra Bistro Pizza, LLC | |
| Defendants. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Gary L. Bethune & Associates, P.C., 14435 North 7th Street, Suite 201, Phoenix AZ 85022, hereby associates as counsel with the Law Offices of Thomas P. Riley, P.C. on behalf of Plaintiff Joe Hand Promotions, Inc., in the above-

- 1 -

captioned action. All pleadings and other papers served on Joe Hand Promotions, Inc. should also be directed to the attention of David J Adamski, at:

        David J Adamski, (020334)

        GARY L. BETHUNE & ASSOCIATES, P.C.

        14435 North 7th Street, Suite 201

        Phoenix, AZ  85022

        (800) 783-5402

        dadamski@bethunelaw.com

DATED this 4th day of February, 2015.

        GARY L. BETHUNE & ASSOCIATES, P.C.

        _/s/ David J Adamski_____
        David J Adamski, Esq. (020334)
        Attorneys for Plaintiff
        Joe Hand Promotions, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on February 4, 2015, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

NONE

I FURTHER CERTIFY that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Nadir Soofi (Defendant)
13850 N. 19th Avenue, #219
Phoenix, AZ 85023

Cleopatra Bistro Pizza, LLC (Defendant)
13850 N. 19th Avenue, #219
Phoenix, AZ 85023

<u>s/ Diana Berge</u>